UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOVETT JAMES CHAMBERS,

    Petitioner,

v.

RONALD HAYNES,

    Respondent.

NO. C18-541-JCC-JPD

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO ANSWER PETITION

This matter comes before the Court upon respondent's Motion for an Extension of Time to File an Answer to the Petition. Dkt. 10. Specifically, on June 11, 2018, the Court ordered service of petitioner's habeas petition and directed respondent to answer the petition within forty-five (45) days of service of the order and petition. Dkt. 8.

In the instant motion, respondent asserts that he is still waiting to receive files from the Washington state courts pertaining to petitioner's state court proceedings. Dkt.11 (Samson Decl.) at ¶¶ 3-5. Respondent asserts that "an extension of time is necessary to obtain all the state court files, to review the files, and to complete a proper response to the habeas corpus petition." *Id.* at ¶ 5.

Respondent's motion for an extension of time to file an answer to the habeas petition, Dkt. 10, is GRANTED. Respondent shall file an answer to the habeas petition by no later than

ORDER - 1

1. **August 27, 2018.** As discussed in the Court's Service Order, the answer will be treated in accordance with LCR 7. Accordingly, on the face of the answer, **respondent shall note it for consideration on the fourth Friday after filing.** Petitioner may file and serve a response no later than the Monday immediately preceding the Friday designated for consideration of the matter, and respondent may file and serve a reply no later than the designated Friday.

The Clerk is directed to send a copy of this Order to counsel for petitioner, counsel for respondent, and the Honorable John C. Coughenour.

DATED this 20th day of July, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2