UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOVETT JAMES CHAMBERS,<br><br>                Petitioner,<br><br>    v.<br><br>RONALD HAYNES,<br><br>                Respondent. | NO. C18-541-JCC-JPD<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO AMEND HABEAS PETITION AND FOR AN EXTENSION OF TIME TO REPLY |

This matter comes before the Court upon petitioner's motion for leave to file an amended habeas petition to delete claims three and four as unexhausted, Dkt. 15, which respondent does not oppose as "the proposed amendment to delete claims will not prejudice Respondent." Dkt. 16 at 2. Petitioner may file his amended habeas petition, deleting claims three and four, by **Friday, September 14, 2018**. Respondent need not file an answer to the amended petition, as petitioner represents that he will only be deleting claims and not adding to his existing claims.

The Court also GRANTS petitioner's request for an extension of time to reply to respondent's answer. Dkt. 17. Petitioner's reply shall be due by no later than **Friday, September 21, 2018.**

ORDER - 1

The Clerk is directed to send a copy of this Order to counsel for petitioner, counsel for respondent, and the Honorable John C. Coughenour. The Clerk is further directed to RE-NOTE the petitioner's habeas petition and the response, Dkt. 13, for consideration on Friday, **September 21, 2018**.

DATED this 27th day of August, 2018.

*[signature]*

JAMES P. DONOHUE
United States Magistrate Judge