THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOVETT JAMES CHAMBERS,<br><br>              Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>              Respondent. | CASE NO. C-18-0541-JCC<br><br>ORDER |

The Court, after careful consideration of Petitioner's amended 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. No. 20), the Report and Recommendation of the Honorable James P. Donohue (Dkt. No. 22), the governing authorities and the balance of the record, hereby FINDS and ORDERS that:

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 22);
2) Petitioner's amended habeas petition (Dkt. No. 20) is DENIED, and this case is DISMISSED with prejudice;
3) A certificate of appealability is DENIED with respect to the Court's determination that Petitioner's habeas petition lacks merit, pursuant to Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts; and
4) The Clerk is DIRECTED to send copies of this order to the parties and to Judge Donohue.

ORDER
C-18-0541-JCC
PAGE - 1

1       DATED this 14th day of January 2019.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE